UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80018-Cr-MARRA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS C. CORREA,
    Defendant.
_____/



## REPORT AND RECOMMENDATION ON BOND PENDING APPEAL

Pursuant to the Order of Reference (DE 92) and 18 U.S.C. §§ 3142 and 3143, on 5/2/2012, a hearing was held to determine an appropriate appeal bond for Defendant THOMAS C. CORREA.

The Government and the Defendant agreed that the Defendant should be released on a $200,000 personal surety bond co-signed by his parents and secured by their development property in Puerto Rico valued at $100,000-200,000, which is not to be encumbered or transferred while Defendant is on release without prior court order.

The Defendant has been terminated from his 3 jobs prior to trial. He submitted that he has a pilot's license and has been employed as a pilot, which is his only likely area of employment. He proposed that he be allowed to be employed flying in the continental U.S. and Puerto Rico, after giving advance notice by fax or email of his FAA flight plans to Probation. The Government opposed the motion. This Court RECOMMENDS that the motion be granted since the opportunities for flight are significant without the restriction and this Court believes that the Defendant's risk of flight are decreased and his return to being a productive member of

society are increased through lawful employment.

Defendant also requested that his weekly in person reporting requirement (which is in addition to weekly phone reporting) be lifted since the reasons for its imposition are no longer present and it significantly deters his lawful employment as a pilot. The Government objected. This Court RECOMMENDS that the motion be granted and that the Defendant report once a month in person and weekly by phone, as directed by Probation. This Court believes that easing the reporting restriction will not have a significant adverse effect and that it will significantly improve his ability to obtain lawful employment.

## RECOMMENDATIONS

For the reasons stated above, this Court RECOMMENDS that the Defendant's Bond pending appeal be modified to be a $200,000 personal surety bond co-signed by his parents and secured by their development property in Puerto Rico which is not to be encumbered or transferred while Defendant is on release without prior court order; that Defendant be allowed to be employed flying in the continental U.S. and Puerto Rico, after giving advance notice by fax or email of his FAA flight plans to Probation; and that the Defendant report once a month in person and weekly by phone, as directed by Probation.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Kenneth A. Marra within fourteen (14) days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE** and **SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 2 day of May, 2011.

*James M. Hopkins*

_____
**James M. Hopkins,
United States Magistrate Judge**

Counsel of record